LAURA E. DUFFY
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California State Bar No. 94918
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
619-546-7125 / 619-546-7751 (fax)

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARTAN KREKORIAN,<br><br>                    Plaintiff,<br><br>     v.<br><br>JEH JOHNSON, Secretary of Homeland Security; et al.,<br><br>                    Defendants. | No. 16cv162 JM (BLM)<br><br>DATE: May 16, 2016<br>TIME:  10:00am<br>CTRM: 5D (Schwartz)<br><br>DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS OR,<br>IN THE ALTERNATIVE,<br>FOR SUMMARY JUDGMENT<br><br>(no oral argument requested) |

TO THE COURT AND TO PLAINTIFF:

PLEASE TAKE NOTICE that on May 16, 2016, at 10:00am, or as soon thereafter as the matter may be heard, Defendants will bring for hearing their Motion to Dismiss or, in the Alternative, for Summary Judgment under Fed. R. Civ. P. 12(b)(3), 12(b)(6) and 56(a). The hearing will take place in the courtroom of the Honorable Jeffrey T. Miller, U.S. District Judge, located in Courtroom 5D of the Edward J. Schwartz U.S. Courthouse, 221 West Broadway, San Diego, California 92101.

///

///

///

This motion is based on the memorandum of points and authorities in support of this motion, the attached declaration, the records in this case, and such arguments as this Court may allow at the hearing on the motion.

DATED: April 12, 2016

Respectfully submitted,

LAURA E. DUFFY
United States Attorney

TOM STAHL
Assistant United States Attorney
Chief, Civil Division

/s/ *Samuel W. Bettwy*
SAMUEL W. BETTWY

Assistant United States Attorney

Attorneys for Defendants